# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-968
_____

ROGER VON EVANS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

September 18, 2019


PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Roger Von Evans, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.